[No. 16100-8-I.  Division One.  April 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. BYRON LOUIS ELLEFSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-02614-2, Stephen M. Reilly, J., entered February 21, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Webster, J.

[No. 18390-7-I.  Division One.  April 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL L. ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03961-7, Warren Chan, J., entered February 26, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 16910-6-I.  Division One.  April 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDY ETIENNE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-1-00088-1, Byron L. Swedberg, J., entered March 20, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Grosse, J.